IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

**FILED**

*5 2002*

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

| | |
|---|---|
| Kevin A. Decker and ) | |
| William J. Owens, ) | Civil Action No. 3:00-3493-10 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CONSENT ORDER OF DISMISSAL** |
| ) | |
| Waffle House, Inc., ) | |
| ) | |
| Defendant. ) | |

    This matter comes before the Court to approve the dismissal of this action with prejudice. The Court is informed that this action has been fully settled by the Plaintiffs and the Defendant. These parties, through their undersigned counsel, consent to a dismissal of this action with prejudice.

    IT IS, THEREFORE, ORDERED that this action is hereby dismissed with prejudice.

    IT IS SO ORDERED.

_____
MATTHEW J. PERRY, JR.
United States District Judge

Columbia, South Carolina

_June 4_, 2002

1

Consent Order of Dismissal
Civil Action No. 3:00-3493-10

---

I SO MOVE:

_____
Andrew F. Lindemann     #5070

Attorney for Defendant

I CONSENT:

_____
Marvin E. McMillan, Jr.     #5695

Attorney for Plaintiffs

2