AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

**FILED**
JUN 1 2 2002
LARRY W. PROPES, CLERK
COLUMBIA, SC

KEVIN A. DECKER AND WILLIAM J. OWENS

vs.

WAFFLE HOUSE, INC.

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:00-3493-10

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came before the Honorable Matthew J Perry, presiding. The court having heard and granted defendant's Motion for Summary Judgment as to the plaintiff's claim of intentional infliction of emotional distress (outrage) in its order filed April 18, 2002,

**IT IS ORDERED AND ADJUDGED** that summary judgment is hereby entered in favor of the defendant, Waffle House, Inc as to the cause of action of intentional infliction of emotional distress (outrage) and that cause of action is dismissed with prejudice.

LARRY W. PROPES, Clerk

By _____
Deputy Clerk

32